## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | E1865754 | COSTA | R202 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 4/14/23 1810
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 4140.1(b)(3)
Place of Offense: 35.327919, -114.187893 MINERAL PARK / Wash Rt 7000

Offense Description: Factual Basis for Charge — HAZMAT ☐
Cutting, burning, spraying, destroying, or removing vegetation.

**DEFENDANT INFORMATION**
Phone: (928) 530-____
Last Name: CARLTON
First Name: SEAN
MI: C.
City: GOLDEN VALLEY  State: AZ  Zip Code: 86413
Date of Birth: __/__/1973
Drivers License No.: _____  CDL ☐  D.L. State: AZ  ___ 3152
☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRO  Eyes: BLU  Height: 6'1"  Weight: 240

**VEHICLE** VIN: ____  CMV ☐
Tag No: ____  State: AZ  Year: 93  Make/Model: GMC  PASS ☐  Color: white

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ MA Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: U.S. District Court, 2755 Mission Blvd., Kingman, AZ 86401
Date: 6/2/23  Time: JUNE 2, 23 0830AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1865754*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

CLASS A MISDEMEANOR
* SEE ATTACHED *

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

23-04118mj-01-PCT-CDB
CVB SCAN 05/08/2023 12:1_

Incident # LM23022969     CVB Loc. Code A197     Violation Notice #E1865754

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 April 2023, while exercising my duties as a law enforcement officer in the Northern District of Arizona

While driving a marked BLM Law Enforcement vehicle and while wearing a BLM Law Enforcement uniform, I responded to a report via a local ranch hand of illegal firewood cutting activity on BLM-administered lands near Mineral Park Road (north of Kingman). The ranch hand had been previously coordinating with BLM Law Enforcement on the woodcutting activity and had stationed in the area until the suspect returned. Upon arrival, I discovered the suspect pickup in a wash adjacent to active woodcutting activity. As I had the suspect in view, the suspect vehicle immediately cleared and sped down the wash away from me. I activated my lights and sirens as I followed the pickup. The ranch hand was able to block the suspect pickup from the opposite end of the wash, in which the suspect did stop. The driver of the pickup was identified as SEAN C. CARLTON. The pickup bed of CARLTON possessed a chainsaw, gasoline container, clippers, and was filled roughly halfway with cut wood. CARLTON said he was unaware that I was Law Enforcement and that is why he sped away. CARLTON did not have a valid driver's license. CARLTON said he never met me before. CARLTON confirmed to cutting firewood in the wash and that he removed about five loads over the previous month and a half. CARLTON confirmed he had left cigarette butts on the ground. CARLTON confirmed to selling the wood in Golden Valley and that he only cut firewood on public land. I issued CARLTON five Federal citations for 43 CFR 4140.1 (b)(3), cutting/removing vegetation; 43 CFR 8341.1(e), operation of OHV without valid operator's license; 43 CFR 4140.1(b)(6), littering; 43 CFR 8365.1-5(b), removal of vegetation for commercial use; and 43 CFR 8365.1-4(a)(4), resisting issuance of citation. When I returned to the area in the daytime to assess the damages, I discovered that CARLTON appeared to have recently cut more than just the area he specified in addition to leaving more waste. I documented an overall total of 52 catclaw trees cut/removed from BLM-administered lands. I also discovered that I had issued CARLTON a Federal citation in January 2019 for illegal woodcutting activity.

The foregoing statement is based upon:

☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/26/2023
Date (MM/DD/YYYY)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 4/27/2023
Date (MM/DD/YYYY)     U. S. Magistrate Judge

Page 1 of 1

**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | E1865755 | WOSTAC | P207 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/14/2023 1814
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 43 CFR 8341.1(e)
Place of Offense: 35.327919 -114.187893 MINERAL PARK/WASH Rt. 7000

Offense Description: Factual Basis for Charge — HAZMAT ☐
Operation of OHV on public lands without valid state operators license

**DEFENDANT INFORMATION**
Last Name: CARLTON
First Name: SEAN
M.I.: C
Phone: (928) 530-____
City: GOLDEN VALLEY
State: AZ
Zip Code: 86413
DOB: __/__/1973
D.L. State: AZ
Social Security No.: ___-__-3152
☒ Adult  ☐ Juvenile
Sex: ☒ Male ☐ Female
Hair: BRO  Eyes: BLU  Height: 6'1"  Weight: 240

**VEHICLE** — VIN: ____  CMV ☐
Tag: ____  State: AZ  Year: 93  Make/Model: GMC  PASS ☐  Color: white

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ (NA) Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: U.S. District Court, 2755 Mission Blvd, Kingman AZ 86401
Date: 6/2/2023 JUNE 2, '23
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1865755*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

CLASS A MISDEMEANOR
*SEE ATTACHED*

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/08/2023 12:11

Incident # LM23022969        CVB Loc. Code A197        Violation Notice #E1865755

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 April 2023, while exercising my duties as a law enforcement officer in the Northern District of Arizona

While driving a marked BLM Law Enforcement vehicle and while wearing a BLM Law Enforcement uniform, I responded to a report via a local ranch hand of illegal firewood cutting activity on BLM-administered lands near Mineral Park Road (north of Kingman). The ranch hand had been previously coordinating with BLM Law Enforcement on the woodcutting activity and had stationed in the area until the suspect returned. Upon arrival, I discovered the suspect pickup in a wash adjacent to active woodcutting activity. As I had the suspect in view, the suspect vehicle immediately cleared and sped down the wash away from me. I activated my lights and sirens as I followed the pickup. The ranch hand was able to block the suspect pickup from the opposite end of the wash, in which the suspect did stop. The driver of the pickup was identified as SEAN C. CARLTON. The pickup bed of CARLTON possessed a chainsaw, gasoline container, clippers, and was filled roughly halfway with cut wood. CARLTON said he was unaware that I was Law Enforcement and that is why he sped away. CARLTON did not have a valid driver's license. CARLTON said he never met me before. CARLTON confirmed to cutting firewood in the wash and that he removed about five loads over the previous month and a half. CARLTON confirmed he had left cigarette butts on the ground. CARLTON confirmed to selling the wood in Golden Valley and that he only cut firewood on public land. I issued CARLTON five Federal citations for 43 CFR 4140.1 (b)(3), cutting/removing vegetation; 43 CFR 8341.1(e), operation of OHV without valid operator's license; 43 CFR 4140.1(b)(6), littering; 43 CFR 8365.1-5(b), removal of vegetation for commercial use; and 43 CFR 8365.1-4(a)(4), resisting issuance of citation. When I returned to the area in the daytime to assess the damages, I discovered that CARLTON appeared to have recently cut more than just the area he specified in addition to leaving more waste. I documented an overall total of 52 catclaw trees cut/removed from BLM-administered lands. I also discovered that I had issued CARLTON a Federal citation in January 2019 for illegal woodcutting activity.

The foregoing statement is based upon:

☒ My personal observation         ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: __04/26/2023__    _____
                Date (MM/DD/YYYY)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __4/27/2023__    _____
                Date (MM/DD/YYYY)         U. S. Magistrate Judge

Page 1 of 1

**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | E 1865756 | CWOSTAL | R202 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 4/14/2023 1831 HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 4140.1(b)(6)
Place of Offense: 35.327919, -114.187893 MINERAL PARK / Wash A. 7000

Offense Description: Factual Basis for Charge — HAZMAT ☐
Littering

**DEFENDANT INFORMATION**  Phone: (
Last Name: CARLTON
First Name: SEAN
M.I.: C.
Street Address:
City: GOLDEN VALLEY   State: AZ   Zip Code: 86413   Date of Birth: '973
Drivers License No.: ___  D.L. State: AZ   Social Security No.: 3152
☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female   Hair: BRO   Eyes: BLU   Height: 6'1   Weight: 240

**VEHICLE**  VIN:
Tag No.: ___   State: AZ   Year: 93   Make/Model: GMC   PASS ☐   Color: white   CMV ☐

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ (MA) Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT, 2755 MISSION Blvd., Kingman, AZ 86401
Date: 6/2/2023   Time: 0830 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1865756*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

CLASS A MISDEMEANOR
* SEE ATTACHED *

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Incident # LM23022969    CVB Loc. Code A197    Violation Notice #E1865756

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 April 2023, while exercising my duties as a law enforcement officer in the Northern District of Arizona

While driving a marked BLM Law Enforcement vehicle and while wearing a BLM Law Enforcement uniform, I responded to a report via a local ranch hand of illegal firewood cutting activity on BLM-administered lands near Mineral Park Road (north of Kingman). The ranch hand had been previously coordinating with BLM Law Enforcement on the woodcutting activity and had stationed in the area until the suspect returned. Upon arrival, I discovered the suspect pickup in a wash adjacent to active woodcutting activity. As I had the suspect in view, the suspect vehicle immediately cleared and sped down the wash away from me. I activated my lights and sirens as I followed the pickup. The ranch hand was able to block the suspect pickup from the opposite end of the wash, in which the suspect did stop. The driver of the pickup was identified as SEAN C. CARLTON. The pickup bed of CARLTON possessed a chainsaw, gasoline container, clippers, and was filled roughly halfway with cut wood. CARLTON said he was unaware that I was Law Enforcement and that is why he sped away. CARLTON did not have a valid driver's license. CARLTON said he never met me before. CARLTON confirmed to cutting firewood in the wash and that he removed about five loads over the previous month and a half. CARLTON confirmed he had left cigarette butts on the ground. CARLTON confirmed to selling the wood in Golden Valley and that he only cut firewood on public land. I issued CARLTON five Federal citations for 43 CFR 4140.1 (b)(3), cutting/removing vegetation; 43 CFR 8341.1(e), operation of OHV without valid operator's license; 43 CFR 4140.1(b)(6), littering; 43 CFR 8365.1-5(b), removal of vegetation for commercial use; and 43 CFR 8365.1-4(a)(4), resisting issuance of citation. When I returned to the area in the daytime to assess the damages, I discovered that CARLTON appeared to have recently cut more than just the area he specified in addition to leaving more waste. I documented an overall total of 52 catclaw trees cut/removed from BLM-administered lands. I also discovered that I had issued CARLTON a Federal citation in January 2019 for illegal woodcutting activity.

The foregoing statement is based upon:

☒ My personal observation    ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/26/2023
Date (MM/DD/YYYY)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 4/27/2023
Date (MM/DD/YYYY)    U.S. Magistrate Judge

Page 1 of 1

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | E1865757 | CWOSTAL | R707 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 4/14/2023 1846HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR E3651-5(a)
Place of Offense: ~~Location~~ 35.327919 -114.187893
MINERAL PARK / Wash Rt. 7000

Offense Description: Factual Basis for Charge   HAZMAT ☐
Removal of vegetation for commercial purposes.

**DEFENDANT INFORMATION**

Last Name: CARLTON
First Name: SEAN
M.I.: C
City: GOLDEN VALLEY  State: AZ  Zip Code: 86413
Date of Birth: .973
D.L. State: AZ
Social Security No: 3152
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BLU   Height: 6'11"   Weight: 240

**VEHICLE**  VIN:   CMV ☐
Tag No.  State: AZ  Year: 08  Make/Model: GMC  PASS ☐  Color: white

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
$30 Processing Fee
$ (NA) Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: U.S. District Court, 2755 Mission Blvd., Kingman, AZ 86401
Date: 6/2/2023   Time: 0830 HRS

X Defendant Signature: [signed]

Original - CVB Copy

*E1865757*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

CLASS A MISDEMEANOR
★ SEE ATTACHED ★

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/08/2023 12:12

Incident # LM23022969      CVB Loc. Code A197      Violation Notice #E1865757

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 April 2023, while exercising my duties as a law enforcement officer in the Northern District of Arizona

While driving a marked BLM Law Enforcement vehicle and while wearing a BLM Law Enforcement uniform, I responded to a report via a local ranch hand of illegal firewood cutting activity on BLM-administered lands near Mineral Park Road (north of Kingman). The ranch hand had been previously coordinating with BLM Law Enforcement on the woodcutting activity and had stationed in the area until the suspect returned. Upon arrival, I discovered the suspect pickup in a wash adjacent to active woodcutting activity. As I had the suspect in view, the suspect vehicle immediately cleared and sped down the wash away from me. I activated my lights and sirens as I followed the pickup. The ranch hand was able to block the suspect pickup from the opposite end of the wash, in which the suspect did stop. The driver of the pickup was identified as SEAN C. CARLTON. The pickup bed of CARLTON possessed a chainsaw, gasoline container, clippers, and was filled roughly halfway with cut wood. CARLTON said he was unaware that I was Law Enforcement and that is why he sped away. CARLTON did not have a valid driver's license. CARLTON said he never met me before. CARLTON confirmed to cutting firewood in the wash and that he removed about five loads over the previous month and a half. CARLTON confirmed he had left cigarette butts on the ground. CARLTON confirmed to selling the wood in Golden Valley and that he only cut firewood on public land. I issued CARLTON five Federal citations for 43 CFR 4140.1 (b)(3), cutting/removing vegetation; 43 CFR 8341.1(e), operation of OHV without valid operator's license; 43 CFR 4140.1(b)(6), littering; 43 CFR 8365.1-5(b), removal of vegetation for commercial use; and 43 CFR 8365.1-4(a)(4), resisting issuance of citation. When I returned to the area in the daytime to assess the damages, I discovered that CARLTON appeared to have recently cut more than just the area he specified in addition to leaving more waste. I documented an overall total of 52 catclaw trees cut/removed from BLM-administered lands. I also discovered that I had issued CARLTON a Federal citation in January 2019 for illegal woodcutting activity.

The foregoing statement is based upon:

☒ My personal observation            ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/26/2023            Officer's Signature
            Date (MM/DD/YYYY)

Probable cause has been stated for the issuance of a warrant.

Executed on: 4/27/23            U.S. Magistrate Judge
            Date (MM/DD/YYYY)

Page 1 of 1

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | E1865758 | C WOSTAL | R202 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 4/14/2023 1923HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8365.1-4(a)(1)
Place of Offense: 35.327919, -114.187893 MINERAL PARK / WASH Rt. 7000

Offense Description: Factual Basis for Charge — HAZMAT ☐
Resisting issuance of a citation - FLEEING SCENE -

**DEFENDANT INFORMATION**
Last Name: CARLTON
First Name: SEAN
M.I.: C
City: GOLDEN VALLEY   State: AZ   Zip Code: 86413
DOB: 3152
Driver's License State: AZ   SSN: 3152
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRO   Eyes: BLU   Height: 6'1"   Weight: 240

**VEHICLE**   VIN:   CMV ☐
State: AZ   Year: 93   Make/Model: GMC   PASS ☐   Color: white

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ N/A Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: U.S. District Court, 2755 Mission Blvd, Kingman, AZ 86401
Date: 6/2/2023
Time: 0830AM

X Defendant Signature: [signature]

Original - CVB Copy

*E1865758*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

**CLASS A MISDEMEANOR**
* SEE ATTACHED *

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Incident # LM23022969     CVB Loc. Code A197     Violation Notice #E1865758

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 April 2023, while exercising my duties as a law enforcement officer in the Northern District of Arizona

While driving a marked BLM Law Enforcement vehicle and while wearing a BLM Law Enforcement uniform, I responded to a report via a local ranch hand of illegal firewood cutting activity on BLM-administered lands near Mineral Park Road (north of Kingman). The ranch hand had been previously coordinating with BLM Law Enforcement on the woodcutting activity and had stationed in the area until the suspect returned. Upon arrival, I discovered the suspect pickup in a wash adjacent to active woodcutting activity. As I had the suspect in view, the suspect vehicle immediately cleared and sped down the wash away from me. I activated my lights and sirens as I followed the pickup. The ranch hand was able to block the suspect pickup from the opposite end of the wash, in which the suspect did stop. The driver of the pickup was identified as SEAN C. CARLTON. The pickup bed of CARLTON possessed a chainsaw, gasoline container, clippers, and was filled roughly halfway with cut wood. CARLTON said he was unaware that I was Law Enforcement and that is why he sped away. CARLTON did not have a valid driver's license. CARLTON said he never met me before. CARLTON confirmed to cutting firewood in the wash and that he removed about five loads over the previous month and a half. CARLTON confirmed he had left cigarette butts on the ground. CARLTON confirmed to selling the wood in Golden Valley and that he only cut firewood on public land. I issued CARLTON five Federal citations for 43 CFR 4140.1 (b)(3), cutting/removing vegetation; 43 CFR 8341.1(e), operation of OHV without valid operator's license; 43 CFR 4140.1(b)(6), littering; 43 CFR 8365.1-5(b), removal of vegetation for commercial use; and 43 CFR 8365.1-4(a)(4), resisting issuance of citation. When I returned to the area in the daytime to assess the damages, I discovered that CARLTON appeared to have recently cut more than just the area he specified in addition to leaving more waste. I documented an overall total of 52 catclaw trees cut/removed from BLM-administered lands. I also discovered that I had issued CARLTON a Federal citation in January 2019 for illegal woodcutting activity.

The foregoing statement is based upon:

☒ My personal observation      ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:    04/26/2023        _____
                   Date (MM/DD/YYYY)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:    4/27/2023        _____
                   Date (MM/DD/YYYY)     U. S. Magistrate Judge